Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ABELARDO GARCIA-REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-0705-MMC |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING |
| | ) | HEARING |
| | ) | |
| ABELARDO GARCIA-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant, ABELARDO GARCIA-REYES, by and through defendant's attorney of record, George C. Boisseau, and agreement of the Government, hereby requests that the sentencing hearing set for March 23, 2011, be continued until April 27, 2011, at 2:30 in the afternoon. The reason for the request is that the defendant and the undersigned counsel are engaged in a jury trial in Sonoma County Superior Court in the matter of *People v. Abelardo Garcia-Reyes*, SCR-555102, which is scheduled to be completed by April 11, 2011. The continuance will allow the case to be completed and allow time to transport the defendant

1

1 | back into federal custody for sentencing.

2 | Dated: March 7, 2011

3 | /s/
GEORGE C. BOISSEAU

4 |
5 | Attorney for Defendant
ABELARDO GARCIA-REYES

6 | IT IS SO STIPULATED.

7 | Dated: March 7, 2011

8 | /s/
DEREK OWENS
9 | Assistant U.S. Attorney

10 |

11 | ORDER

12 | GOOD CAUSE APPEARING, finding that the defendant and his counsel are engaged

13 | in trial in the matter of *People v. Abelardo Garcia-Reyes*, SCR-555102, it is hereby ordered

14 | that defendant's sentencing hearing on March 23, 2011, be continued to ~~May 11,~~ April 27, 2011, at

15 | 2:30 in the afternoon.

16 | IT IS SO ORDERED.

17 | Dated: March 8, 2011

18 |
19 |
20 | HON. MAXINE M. CHESNEY
U.S. District Judge
Northern District of California

2