| | |
|---|---|
| 1 | Law Offices of |
|   | GEORGE C. BOISSEAU |
| 2 | State Bar Number 75872 |
|   | 740 4th Street |
| 3 | Second Floor |
|   | Santa Rosa, California 95404 |
| 4 | Phone: (707) 578-5636 |
|   | Fax: (707) 578-1141 |
| 5 | E-Mail: boisseaugc@msn.com |
| 6 | Attorney for Defendant |
|   | ABELARDO GARCIA-REYES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-0705-MMC |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SUPERVISED |
| | ) | RELEASE VIOLATION HEARING |
| | ) | |
| ABELARDO GARCIA-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, ABELARDO GARCIA-REYES, by and through defendant's attorney of record, George C. Boisseau, and agreement of the Government and the United States Probation Department, hereby requests that the supervised release violation hearing set for April 8, 2015, be continued until May 13, 2015, at 2:15 in the afternoon. The reason for the request is that the defense is requesting the retest of the reference samples, sweat patches in question, and has only recently obtained the response from Clinical Reference Laboratory, Inc. regarding the procedures necessary for the retesting.

1

Dated: April 6, 2015

                                              /s/
                                  GEORGE C. BOISSEAU

                                  Attorney for Defendant
                                  ABELARDO GARCIA-REYES

IT IS SO STIPULATED.

Dated: April 6, 2015

                                              /s/
                                  ANDREW SCOBLE
                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, finding that the defense needs additional time to retest the reference samples from the sweat patches at issue in this case, it is hereby ordered that defendant's supervised release violation hearing on April 8, 2015, be continued to May 13, 2015, at 2:15 in the afternoon.

IT IS SO ORDERED.

Dated:  April 7, 2015

                                  HON. MAXINE M. CHESNEY
                                  U.S. District Judge
                                  Northern District of California