1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636
   Fax: (707) 578-1141
5  E-Mail: boisseaugc@msn.com

6  Attorney for Defendant
   ABELARDO GARCIA-REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-09-0705-MMC |
| Plaintiff, ) | [Proposed] |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SUPERVISED |
| ) | RELEASE VIOLATION HEARING |
| ABELARDO GARCIA-REYES, ) | |
| Defendant. ) | |

Defendant, ABELARDO GARCIA-REYES, by and through defendant's attorney of record, George C. Boisseau, and agreement of the Government and the United States Probation Department, hereby requests that the supervised release violation hearing set for May 13, 2015, be continued until July 15, 2015, at 2:15 in the afternoon. The reason for the request is that the defense is requesting the retest of the reference samples, sweat patches in question, and has not received the results, the defendant has been taken off the sweat patches by the United States Probation Department and has tested negative for any drug use by

1

conventional testing methods, and the parties wish to continue the matter to monitor the defendant's progress.

Dated: May 12, 2015

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
ABELARDO GARCIA-REYES

IT IS SO STIPULATED.

Dated: May 12, 2015

/s/
ANDREW SCOBLE
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, finding that the defense needs additional time to retest the reference samples from the sweat patches at issue in this case, it is hereby ordered that defendant's supervised release violation hearing on May 13, 2015, be continued to July 15, 2015, at 2:15 in the afternoon.

IT IS SO ORDERED.

Dated:  May 13, 2015

HON. MAXINE M. CHESNEY
U.S. District Judge
Northern District of California